**David WARREN, Plaintiff–Appellant,**

v.

**TRI TECH LABORATORIES, INC., Defendant–Appellee.**

No. 14–1164.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

David Warren, Appellant Pro Se. Agnis Chandra Chakravorty, Frank Kenneth

Friedman, Woods Rogers, PLC, Roanoke, Virginia, for Appellee.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Warren appeals the district court's order granting Tri Tech Laboratories' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Warren v. Tri Tech Labs., Inc.*, No. 6:12–cv–00046, 993 F.Supp.2d 609, 2014 WL 268495 (W.D.Va. Jan. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*